UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABE LINDSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0087** |
| **TRAVIS DAY, WARDEN, ET AL.** | **SECTION "H"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff Abe Lindsey's Motion for Temporary Restraining Order (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that Lindsey's 42 U.S.C. § 1983 complaint against defendants Warden Travis Day, Major Andrea Johnson, and the RCC Classification Department is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 13th day of August, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**